Law Offices of George N. Proios, PLLC
Attorneys for Plaintiff
STELIOS B MARITIME CO.
1350 Broadway, Suite 1507
New York, New York 10018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STELIOS B MARITIME CO.,

           Plaintiff,

  - against -

HAWKNET LTD.,

           Defendant.

------------------------------------------------------------X

08 Civ. 3743 (DAB)

**RULE 7.1**

**DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, George N. Proios, a member of the Bar of this Court and the Law Offices of George N. Proios, PLLC, attorneys for Plaintiff, STELIOS B MARITIME CO., certifies upon information and belief that said Plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of Plaintiff which are otherwise publicly held in the United States.

      Dated: April 21, 2008

                                    Law Offices of George N. Proios, PLLC
                                    Attorneys for Plaintiff
                                    STELIOS B MARITIME CO.

                                    By: _____
                                    George N. Proios (GP-9331)
                                    1350 Broadway, Suite 1507
                                    New York, New York 10018
                                    (212) 279-8880