ORIGINAL

Law Offices of George N. Proios, PLLC
Attorneys for Plaintiff
STELIOS B MARITIME CO.
1350 Broadway, Suite 1507
New York, New York 10018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-21-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
STELIOS B MARITIME CO.,

            Plaintiff,

- against -

HAWKNET LTD.,

            Defendant.
---------------------------------------------------------X

ECF CASE

08 Civ. 3743 (DAB)

## ORDER APPOINTING PERSON TO SERVE PROCESS

Upon motion of Plaintiff for an order appointing Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate, to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action, and it appearing that an employee or designate of Gotham Process Services is a qualified person over 18 years of age, is not a party to or an attorney in this action, and that the expediting of the service of process will result from such appointment,

**IT IS ORDERED,** that Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate be and is hereby appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action close of the garnishee's business the next business day.

- 2 -

Dated: New York, New York
April **21**, 2008

SO ORDERED:

*[signature: Deborah A. Batts]*
U.S.D.J.

- 2 -